### USHER, Admr et v ZUBER

Ohio Appeals, 1st Dist, Hamilton Co

Decided Feb 15, 1932

William R. Collins, Cincinnati, for plaintiffs in error.

E. Sherman Smith, Cincinnati, and Jesse D. Locker, Cincinnati, for defendant in error.

HAMILTON, J.

The specifications of error are: Error of the court in ruling on the admission and rejection of evidence; error in the charge of the court; and that the verdict and judgment are against the weight of the evidence.

On the question of the weight of the evidence we are of opinion that there is ample evidence to sustain the common-law marriage, and that as such common-law wife, Hattie Zuber is the surviving widow of Robert Zuber, deceased, and as such is entitled to the fund in question.

There are some errors presented in the record on the admission and rejection of evidence, but, in view of the fact that there is ample evidence, properly admitted, to sustain the verdict, we do not find any prejudicial error resulted from the rejection or admission of evidence.

While the charge of the court is subject to some criticism, we do not find the matter complained of to be prejudicial.

Finding no prejudicial error in the record, the judgment is affirmed.

Judgment affirmed.

ROSS, PJ, and CUSHING, J, concur.